UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No. 2:22-cv-1301 KJN P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendant's July 28, 2022, motion to dismiss and request for screening. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an opposition.

Dated: August 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/butl1301.36

1