FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE          (SBN: 158105)
JAIME G. TOUCHSTONE (SBN: 233187)
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
Email:  jdupree@fddcm.com
Email:  jtouchstone@fddcm.com

*Attorneys for Defendants*
J. Clark Kelso, Receiver, Richard Kirkland
Lisa Heintz, John Dovey, and Jackie Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BUTLER<br><br>*Plaintiff,*<br><br>v.<br><br>K. RUETER, J. PICKETT, B. KIBLER, *et al.*<br><br>*Defendants.* | Case No.: 2:22-cv-01301-KJN<br><br>**[PROPOSED]** **ORDER GRANTING RECEIVER DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF CONCERNING DISCOVERY; REQUEST FOR DISCOVERY STAY**<br><br>[Civil Local Rule 233]<br><br>Judge:          Hon. Kendall J. Newman<br>Complaint Filed:  April 13, 2022 |

The Court having considered the papers submitted regarding Defendant J. Clark Kelso, in his capacity as Receiver for the California prison medical health care system, and his executive staff members, Richard Kirkland, Lisa Heintz, John Dovey, and Jackie Clark (collectively, "Receiver Defendants"), motion for administrative relief clarification on written discovery propounded on Receiver Defendants by Plaintiff Darius Butler ("Plaintiff"), and a stay of discovery in this action until resolution of the currently-pending dispositive motions (the "Motion"), and with good cause appearing,

THE COURT FINDS AND ORDERS AS FOLLOWS:

The Motion is granted (ECF No. 12) in the interest of justice.

Discovery in this case is stayed and remains stayed pending resolution of all pending dispositive motions and as otherwise ordered by the Court.  The discovery propounded by Plaintiff on Receiver Defendants to date shall have no force and effect and Receiver Defendants shall not be expected to respond to Plaintiff's discovery requests unless and until ordered by this Court.

**IT IS SO ORDERED**.

Dated:  September 19, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/butl1301.sty

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER GRANTING RECEIVER DEFENDANTS' MOTION FOR ADMIN. RELIEF CONCERNING DISCOVERY; REQUEST FOR DISCOVERY STAY
Case No.:  2:22-cv-01301-KJN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER GRANTING RECEIVER DEFENDANTS' MOTION FOR ADMIN. RELIEF CONCERNING DISCOVERY; REQUEST FOR DISCOVERY STAY
Case No.:  2:22-cv-01301-KJN