UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No. 2:22-cv-1301 KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file and serve a reply to defendants' September 2, 2022 opposition to plaintiff's August 11, 2022 motion to remand. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and
2. Plaintiff shall file and serve his reply on or before October 13, 2022.

Dated: September 21, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/butl1301.36(2)