UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BUTLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No.　2:22-cv-1301 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se.  Plaintiff filed his second request for an extension of time to file an opposition to defendants' motion to dismiss and to defendants' joinder (ECF Nos. 3 and 11).  In addition to claiming he needs additional time to prepare his oppositions, plaintiff claims that additional time is needed to allow the court to issue a ruling on plaintiff's motion to remand.  However, plaintiff is advised that the court will address plaintiff's motion to remand, which is fully-briefed, at the same time the court addresses defendants' motions to dismiss and for joinder.  Thus, plaintiff should not delay filing his oppositions to the motions to dismiss and for joinder based on the pendency of his motion to remand.

　　　　Plaintiff is granted a second extension of time based on his claim that he needs additional time to prepare his oppositions.  That said, no further extensions of time will be granted.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is partially granted; and

2. Plaintiff shall file and serve an opposition to defendants' motion to dismiss and joinder on or before November 21, 2022. No further extensions of time will be granted.

Dated: October 20, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/butl1301.36sec