IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**DARIUS BUTLER ,**

                           Plaintiff,

    v.

**K. RUETER, et al. ,**

                           Defendants.

Case No. 2:22-cv-01301-KJN

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS**

Judge:    Hon. Kendall J. Newman

Action Filed:  July 21, 2022

      Plaintiff is a state prisoner, proceeding pro se. Defendant Kelso filed a reply to the pending motion to dismiss on December 12, 2022. The remaining defendants filed a motion for extension of time to file a reply in support of their motion to dismiss. (ECF No. 24.) Having reviewed their motion, and good cause appearing, defendants' motion is granted.

      Accordingly, IT IS HEREBY ORDERED that:

1. The remaining defendants' motion for extension of time (ECF No. 24) is granted; and

2. Their reply shall be filed on or before December 22, 2022.

Dated: December 14, 2022

/butl1301.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE