# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darius Butler,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. Clark Kelso, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1301 KJM KJN P<br><br>**JUDGMENT** |

On August 28, 2023, the Court granted the motion to dismiss (ECF No. 3) of defendant J. Clark Kelso, in his capacity as Receiver for the California prison medical health care system, and his executive staff members, Richard Kirkland, Lisa Heintz, John Dovey and Jackie Clark ("Receiver Defendants") and dismissed plaintiff's complaint with prejudice as to receiver defendants. (ECF No. 40).

Judgment is hereby entered in favor of defendants J. Clark Kelso, Richard Kirkland, Lisa Heintz, John Dovey and Jackie Clark.

DATED: 11/30/2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
JUDGMENT